U.S. BANKRUPTCY COURT
District of South Carolina

CASE NO.:  16-01863-jw

# ORDER GRANTING RELIEF

The order set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**07/20/2018**



*John E. Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 07/20/2018

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Glynis John Martin, Sr.<br>Argie Lanette Phine-Martin<br><br><br>Debtors. | C/A No. 16-01863-jw<br><br>Chapter 13<br><br>**ORDER GRANTING<br>RELIEF FROM STAY<br>BASED UPON FAILURE TO COMPLY<br>WITH SETTLEMENT ORDER** |

This matter comes before the Court upon the Affidavit of Default filed by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"), which indicates that Debtors have failed to comply with the terms of the Settlement Order entered on March 13, 2018 by failing to make the April 2018 – June 2018 regular payments and the April 2018 – June 2018 stipulation payments in accordance with the Settlement Order. Therefore, it is

ORDERED that relief from the automatic stay is granted as to the property described as 518 Friarsgate Boulevard, Irmo, SC 29063, and that Movant may proceed with its state court remedies against the property, including sending any required notice to Debtor(s). The Movant has agreed to waive any claim arising under 11 U.S.C. § 503(b) or § 507(b) as a result of this Order, and has further agreed that any funds realized in excess of all liens, costs, and expenses will be paid to the Trustee.

IT IS FURTHER ORDERED that:

☐ Based upon Debtor(s)' prior agreement to Movant's request regarding the Fed. R. Bankr. P. 4001(a)(3) stay, this order is effective immediately.

☒ Pursuant to Fed. R. Bankr. P. 4001(a)(3), this order is stayed until the expiration of 14 days after its entry).

**AND IT IS SO ORDERED.**